# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143366

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DANIEL E. LASECKI, MARY ANN LASECKI
and WILLARD LAWRENCE GIBSON,
     Plaintiffs/Counter Defendants-Appellees,

v

LAKE LEANN PROPERTY OWNERS
ASSOCIATION,
     Defendant/Counter Plaintiff-Appellant.

SC: 143366
COA: 293723
Hillsdale CC: 05-000422-CK

_____/

     On order of the Court, the application for leave to appeal the May 31, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

h0227